1  Paul La Scala (SBN: 186939)
   plascala@shb.com
2  Tony Diab (SBN: 277343)
   tdiab@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016
6
   Attorneys for Defendants
7  Bayer Healthcare Pharmaceuticals Inc.;
   Berlex Laboratories, Inc.; TheraCom, LLC;
8  and CVS Caremark, Inc.

9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| NANCY WHITEHORSE, | Case No. |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; THERACOM, LLC; and CVS CAREMARK, INC.; | [Filed concurrently with Notice of Removal, Notice of Interested Parties, Notice of Related Case, Declaration of Paul B. La Scala] |
| Defendants. | |

19      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bayer

20 HealthCare Pharmaceuticals Inc. makes the following corporate disclosure statement:

21      1.   Bayer HealthCare Pharmaceuticals Inc. is a nongovernmental entity.

22      2.   Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, all of

23 whose issued and outstanding shares of common stock and Senior Preferred Stock are

24 owned by Schering Berlin Inc., and all of whose issued and outstanding shares of

25 Junior Preferred Stock are owned by Bayer Inc.

26      3.   Schering Berlin Inc. is a Delaware corporation and is wholly-owned by

27 Bayer HealthCare Holdings LLC.

28

1

CORPORATE DISCLOSURE STATEMENT

241668 V1

4.      Bayer HealthCare Holdings LLC is a Delaware limited liability company. The sole member of Bayer HealthCare Holdings LLC is Bayer Corporation, and as such, Bayer HealthCare Holdings LLC is wholly-owned by Bayer Corporation

5.      Bayer Corporation is an Indiana corporation and is wholly-owned by Bayer US Holding LP.

6.      Bayer US Holding LP is a Delaware limited partnership, in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

7.      Bayer Solution B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer World Investments B.V.

8.      Bayer World Investments B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer AG.

9.      Bayer Inc. is a Canadian business corporation whose shares are owned by Bayer Canadian Holdings Inc. and Bayer Global Investments B.V.

10.     Bayer Canadian Holdings Inc. is a Canadian business corporation whose shares are wholly-owned by Bayer Corporation.

11.     Bayer Global Investments B.V. is a private company with limited liability incorporated under the laws of the Netherlands and whose shares are owned by Bayer Gesellschaft für Beteiligungen mbH and Bayer CropScience AG.

12.     Bayer Gesellschaft für Beteiligungen mbH is a private company with limited liability formed under the laws of Germany and whose shares are owned by Bayer Pharmaceuticals AG and Bayer AG.

13.     Bayer Pharmaceuticals AG is a German corporation whose shares are wholly-owned by Bayer AG.

14.     Bayer CropScience AG is a Germany corporation whose shares are wholly-owned by Bayer AG.

CORPORATE DISCLOSURE STATEMENT

241668 V1

1   15. Bayer AG is a German corporation whose stock is publicly traded in
2  Germany.  Bayer AG has no parent company and no publicly held company which
3  owns 10 percent or more of its stock.

Dated:  February 19, 2015                     Respectfully submitted,

SHOOK HARDY & BACON L.L.P.


By:   */s/ Tony M. Diab*
         Paul La Scala
         Tony Diab
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc.;
Berlex Laboratories, Inc.; TheraCom,
LLC; and CVS Caremark, Inc.

3

CORPORATE DISCLOSURE STATEMENT

241668 V1